# United States Court of Appeals

## For the Eighth Circuit

_____

No. 23-3284

_____

William L. Stringer

*Plaintiff - Appellant*

v.

LaDonna Wilcox, Sergeant of Property; Adam Benda, Property Captain; Chris Tripp, Warden, Iowa State Penitentiary; John Martinez, Property Captain; Robin Bagby, Assistant Deputy Director/Retired; Chad Congas, Shift Captain; Doug Bolton, Deputy Warden; Linda Koechle, Correctional Officer; Terry Hamm, Business Office Supervisor I.S.P.; Randy Gibbs, Deputy Director of Institutions; Beth Skinner, Director of the Iowa Department of Corrections; Rebecca Bowker, Executive Officer/Grievance Officer; Brad Hoenig, Associate Warden of Treatment

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: July 23, 2024
Filed: July 26, 2024
[Unpublished]

_____

Before LOKEN, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

William Stringer appeals the district court's[1] adverse grant of summary judgment in this 42 U.S.C. § 1983 action. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

After careful de novo review of the record and the parties' arguments on appeal, we affirm for the reasons stated by the district court. *See Jessie v. Potter*, 516 F.3d 709, 712 (8th Cir. 2008) (standard of review).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.